IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>WILLIAM JAMES FEIGHT,<br><br>  Defendant. | CR 08-19-BU-DWM<br><br>**ORDER VACATING PRELIMINARY HEARING AND DETENTION HEARING** |

Defendant has filed an unopposed motion to vacate the Preliminary and Detention Hearings. (Doc. 114.) Accordingly, IT IS HEREBY ORDERED that the Preliminary and Detention Hearings currently set for July 20, 2020 at 9:00 a.m. are VACATED.

DATED this 15th day of July, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge